1

MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)

2

JACK S. YEH (Bar No. CA 174286)
MATTHEW S. URBACH (Bar No. CA 192059)

3

11355 West Olympic Boulevard
Los Angeles, CA  90064-1614

4

Telephone:    (310) 312-4000
Facsimile:     (310) 312-4224

5

6

Attorneys for *Plaintiff*
FLYING J, INC.

7

8

KIMBLE, MACMICHAEL & UPTON
STEVE MCGEE (Bar No. CA 71886)

9

Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, CA 93704

10

Telephone:    (559) 435-5500
Facsimile:     (559) 435-1500

11

12

Attorneys for *Plaintiff*
FLYING J, INC.

13

14

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

15

16

17

FLYING J, INC., a Utah Corporation,

Plaintiff,

18

vs.

19

20

THOMAS PISTACCHIO, an individual,
DELORES PISTACCHIO, an individual,
CENTRAL CALIFORNIA KENWORTH,

21

a California corporation; JOHN R.
LAWSON, an individual; JOHN R.

22

LAWSON ROCK & OIL, INC., a
California Corporation.

23

Defendants.

24

Case No.  1:03-CV-06706 OWW LJO

**ORDER RE FLYING J, INC.'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE FLYING J, INC.'S SECOND AMENDED COMPLAINT**

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41077362.1

**PROPOSED ORDER RE *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE SECOND AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

1    Having considered plaintiff Flying J, Inc.'s ("Flying J") *Ex Parte* Application for an Order

2    Continuing the Hearing on Defendants' Motions to Dismiss, Abstain and Strike Flying J's Second

3    Amended Complaint, and having heard the arguments of counsel, and finding good cause

4    therefore;

5        IT IS HEREBY ORDERED that:

6        1)    The currently scheduled February 5, 2007, hearing on the motions to

7        dismiss, abstain and strike filed by defendants in response to Flying J's Second

8        Amended Complaint (collectively the "Motions"), is continued to **March 27,**

9        **2007 at 10:30 a.m**.

10        2)    On or before the close of business on January 19, 2007, counsel for

11        Flying J shall provide counsel for defendants: (a) a list of depositions and

12        documents, obtained by Flying J through the currently pending State court actions

13        between Flying J and the California Department of Transportation and/or the

14        California Transportation Commission (the "State Court Actions"), that Flying J

15        intends to rely upon for purposes of opposing the Motions, and (b) a list of the

16        witnesses that Flying J intends to depose for purposes of opposing the Motions as

17        well as a time estimate and the proposed subject matter of such depositions.

18        3)    Defendants shall have up to and including February 2, 2007, to advise

19        counsel for Flying J of defendants' respective objections, if any, to the use of any

20        of the deposition transcripts and accompanying exhibits or documents from the

21        State Court Actions identified by Flying J pursuant to this order, as well as any

22        objections to the taking of the depositions Flying J intends to conduct for purposes

23        of opposing the Motions. The objections (or lack of objections) referenced herein

24        concerning the  use of the deposition transcripts or documents relate solely to the

25        use in this case of a deposition taken in the State Court Actions for the purpose of

26        responding or supporting the Motions previously filed by defendants. Any

27        agreement by defendants concerning use of the depositions or documents in this

28        case does not waive other objections that the defendants may have to the

41077362.1

2

**PROPOSED ORDER RE *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE SECOND AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

1 admissibility of the testimony or documents that may be used to oppose the

2 Motions filed by defendants.

3 4) Counsel for Flying J and counsel for defendants shall stipulate to a briefing

4 schedule for the service and filing of Flying J's oppositions to the Motions as well

5 as defendants' respective reply briefs.

6

7 1/26/07

8

9        /s/ Oliver W. Wanger

10       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41077362.1

3

**PROPOSED ORDER RE *EX PARTE* APPLICATION TO CONTINUE THE HEARING ON
DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE SECOND AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com