**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for: Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc.,
a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation, | Case No. 1:03-CV-06706 OWW LJO |
| Plaintiff, | **STIPULATION EXTENDING DATE FOR OBJECTION PURSUANT TO PARAGRAPH 3 OF COURT'S JANUARY 26, 2007 ORDER AND ORDER THEREON** |
| v. | |
| THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation, JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation. | Date: March 27, 2007<br>Time: 10:30 a.m.<br>Ctrm.: 3 |
| Defendants. | |

Plaintiff Flying J, Inc. and Defendants Thomas Pistacchio, Delores Pistacchio, Central California Kenworth, John R. Lawson and John R. Lawson Rock & Oil, Inc. by and through their respective counsel of record, hereby STIPULATE and AGREE as follows:

1. The parties are still exchanging deposition and documents as requested by the court;

2. Pursuant to paragraph 3 of the Order entered by the Court on January 26, 2007, Defendants must provide certain information to Flying J's counsel concerning the depositions and documents by February 2, 2007.

{6063/030/00204137.DOC}                1

---

STIPULATION EXTENDING DATE FOR OBJECTION PURSUANT TO PARAGRAPH 3 OF COURT'S JANUARY 26, 2007 ORDER AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

3. As a result of the ongoing exchange of deposition and documents between the parties, the parties have agreed to extend the date for Defendants to comply with paragraph 3 to and including 6:00 p.m. on February 7, 2007. The parties agree that the Defendants shall submit the objections referenced in paragraph 3 by facsimile or other means by no later than 6:00 p.m. on February 7, 2007.

DATED: February 2, 2007.                    MANATT PHELPS AND PHILLIPS LLP

                                            By:   /s/ Matthew S. Urbach
                                                  Matthew S. Urbach
                                                  Attorneys for Plaintiff, Flying J, Inc.


DATED: February 1, 2007.                    SAGASER, JONES & HAHESY

                                            By:   /s/ William C. Hahesy
                                                  William C. Hahesy,
                                                  Attorneys for Defendants
                                                  John R. Lawson and
                                                  John R. Lawson Rock & Oil, Inc.


DATED: February 1, 2007.                    BAKER KEENER AND NAHRA

                                            By:   /s/ Daniel Patrick Leonard
                                                  Daniel Patrick Leonard
                                                  Attorneys for Defendants
                                                  Thomas Pistacchio, Delores Pistacchio
                                                  and Central California Kenworth, Inc.

## ORDER

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

**IT IS HEREBY ORDERED** that paragraph 3 of the Court's January 26, 2007 Order shall be amended to provide that the Defendants shall have up to and including 6:00 p.m. on February 7, 2007 to supply the objections to Plaintiff Flying J pursuant to paragraph 3 of the Court's January 26, 2007 order.

DATED: 2/2/07                               /s/ Oliver W. Wanger
                                            Honorable Oliver W. Wanger
                                            United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com