**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for: Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc.,
a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation, JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation.<br><br>Defendants. | Case No. 1:03-CV-06706 OWW-NEW (WMW)<br><br>**ORDER CONCERNING THE CONDUCT OF DEPOSITIONS OF THOMAS PISTACCHIO, JOHN R. LAWSON AND DAVID GRUWELL RE DEFENDANTS' MOTIONS STRIKE UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16** |

1.  On February 21, 2007, the Court conducted a telephonic conference concerning a discovery dispute that the parties were not able to resolve;

2.  The discovery dispute concerned the depositions of Thomas Pistacchio, John R. Lawson and David Gruwell for purposes of opposing Defendants' respective Motions to Strike under California Code of Civil Procedure Section 425.16 ("anti-SLAPP Motions");

3.  After considering the joint letter brief submitted by the parties and oral argument thereon, the Court makes the following ruling:

PDF created with pdfFactory trial version www.pdffactory.com

      a. In addition to submitting the depositions of witnesses taken in the state court proceedings as evidence in connection with Plaintiff's Opposition to Defendants' anti-SLAPP Motions, Motions to Dismiss and Motions to Abstain (collectively "Motions"), Plaintiff Flying J is also entitled to take the depositions of Thomas Pistacchio, John R. Lawson and David Gruwell for the purpose of opposing Defendants' respective Motions and may proceed with these depositions on dates to be agreed on between the parties;

      b. Plaintiff shall not ask questions that have already been asked of these three deponents in the depositions in the state court proceedings, with the exception of foundational questions, questions seeking updated information or questions relating to any change in testimony from the state court proceedings;

      c. The court also orders that the page limitation concerning the briefing for the Motions currently on file with this court shall be suspended and that the previously scheduled briefing and hearing schedule on Defendants' Motions shall be suspended pending a revised schedule to be agreed on between the parties and submitted to this Court for approval, and;

      d. In addition, the Scheduling Conference currently set for March 30, 2007, is vacated and shall be continued to July 27, 2007 at 8:45 a.m.

DATED:  3/26/07                                        /s/ Oliver W. Wanger
                                                                       Honorable Oliver W. Wanger
                                                                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com