**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for: Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation, JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation.<br><br>　　　　　Defendants. | Case No. 1:03-CV-06706 OWW LJO<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |

　　　　WHEREAS the Scheduling Conference in this proceeding was originally scheduled for March 30, 2007;

　　　　WHEREAS this Court continued the March 30, 2007, Scheduling Conference to July 27, 2007, to accommodate Plaintiffs' contemplated depositions of Thomas Pistacchio, John R. Lawson and David Gruwell, for purposes of opposing the Defendants' respective Motions to Strike under California Code of Civil Procedure Section 425.16 (the "Anti-SLAPP Motions");

///

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS Plaintiff has taken the depositions of Thomas Pistacchio and John R. Lawson, but has not yet taken the deposition of David Gruwell;

WHEREAS Plaintiff intends to take the deposition of David Gruwell in July 2007;

WHEREAS, after Plaintiff has taken the deposition of David Gruwell, the parties will need to submit further briefing in connection with Defendants' respective Anti-SLAPP Motions, as well as Defendants' respective motions to dismiss pursuant to Federal Rule of Civil Procedure, Rules 12(b)(1) and 12(b)(6);

WHEREAS the parties wish to continue the Scheduling Conference currently scheduled for July 27, 2007, to September 21, 2007, to accommodate the above; and

WHEREAS the parties wish to reserve the right to further continue the Scheduling Conference pending the briefing schedule and hearing date for Defendants' respective Anti-SLAPP Motions, as well as Defendants' respective motions to dismiss pursuant to Federal Rule of Civil Procedure, Rules 12(b)(1) and 12(b)(6).

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their respective counsel, that the Scheduling Conference currently set for July 27, 2007, shall be continued to September 21, 2007, at 8:45 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.

DATED:  June 25, 2007.          MANATT PHELPS AND PHILLIPS LLP


                                By:   /s/ Matthew Urbach
                                      Matthew S. Urbach,
                                      Attorneys for Plaintiff Flying J, Inc.

DATED:  June 25, 2007.          SAGASER, JONES & HAHESY


                                By:   /s/ John Kinsey
                                      John P. Kinsey, Attorneys for Defendants
                                      John R. Lawson and John R. Lawson Rock
                                      & Oil, Inc.

{6063/030/00211291.DOC}            2

STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: June 20, 2007. | BAKER KEENER AND NAHRA |
| | By: /s/ Daniel Leonard |
| | Daniel Patrick Leonard, Attorneys for Defendants Thomas Pistacchio, Delores Pistacchio, and Central Calif. Kenworth |

### **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Scheduling Conference in this proceeding shall be continued to from July 27, 2007 at 8:45 a.m. to September 21, 2007 at 8:45 in Courtroom No. 3 of the above-referenced Court.

DATED: June 26, 2007        /s/ Oliver W. Wanger
                            Honorable Oliver W. Wanger
                            United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com