**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for: Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation, JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation.<br><br>　　　　　Defendants. | Case No. 1:03-CV-06706 OWW LJO<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS AND ANTI-SLAPP MOTIONS** |

　　　　WHEREAS on December 18, 2006, Defendants Thomas Pistacchio, Delores Pistacchio, and Central California Kenworth (the "Pistacchio Defendants") filed (1) a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (2) a motion to dismiss and/or abstain pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and (3) a motion to strike and/or dismiss all claims pursuant to California Code of Civil Procedure, Section 425.16 (the "Pistacchio Motions");

　　　　WHEREAS on December 21, 2006, Defendants John R. Lawson and John R. Lawson Rock & Oil (the "Lawson Defendants") filed (1) a motion to dismiss pursuant to Rule

{6063/030/00212159.DOC}　　　　　　　　　1

---

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS AND ANTI-SLAPP MOTIONS**

PDF created with pdfFactory trial version www.pdffactory.com

12(b)(6) of the Federal Rules of Civil Procedure, (2) a motion to dismiss and/or abstain pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and (3) a motion to strike and/or dismiss all claims pursuant to California Code of Civil Procedure, Section 425.16 (the "Lawson Motions");

WHEREAS the Pistacchio Defendants and the Lawson Defendants are collectively referred to herein as the "Defendants";

WHEREAS the Court conducted a telephonic conference with the parties on February 21, 2007, concerning Plaintiff Flying J, Inc.'s ("Flying J") request to conduct certain discovery for purposes of opposing Defendants' respective Motions to Strike under California Code of Civil Procedure Section 425.16;

WHEREAS, to accommodate such discovery, the Court issued its March 26, 2007, Order Concerning the Conduct of Depositions of Thomas Pistacchio, John R. Lawson and David Gruwell re Defendants' Motions to Strike Under California Code of Civil Procedure Section 425.16, wherein this Court ordered "that the previously scheduled briefing and hearing schedule on Defendants' Motions shall be suspended pending a revised schedule to be agreed on between the parties and submitted to this Court for approval . . . .";

WHEREAS Flying J has taken the depositions of Thomas Pistacchio and John R. Lawson, but has not yet taken the deposition of David Gruwell;

WHEREAS Flying J intends to take the deposition of David Gruwell July 19, 2007, and July 20, 2007;

WHEREAS, after Flying J has taken the deposition of David Gruwell, the parties will need to submit further briefing in connection with Defendants' respective Anti-SLAPP Motions, as well as Defendants' respective motions to dismiss pursuant to Federal Rule of Civil Procedure, Rules 12(b)(1) and 12(b)(6);

WHEREAS the parties have come to an agreement concerning the further briefing schedule and hearing on the Pistacchio Motions and the Lawson Motions;

///

///

{6063/030/00212159.DOC}                              2

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS AND ANTI-SLAPP MOTIONS**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and between Flying J and Defendants, through their respective counsel, that the briefing and hearing schedule in connection with the Pistacchio Motions and the Lawson Motions shall be as follows:

1. Flying J shall file and serve its briefing in opposition to the Pistacchio Motions and the Lawson Motions on or before August 6, 2007;

2. The Lawson Defendants and the Pistacchio Defendants shall each file and serve their briefing in reply to Flying J's opposition to the Pistacchio Motions and the Lawson Motions on or before August 30, 2007;

3. The Court shall conduct the hearing on the Pistacchio Motions and the Lawson Motions on September 10, 2007, in Courtroom 3 of the above-referenced Court at 10:00 a.m.

DATED: July 9, 2007.                MANATT PHELPS AND PHILLIPS LLP


By:     /s/   Matthew S. Urbach
        Matthew S. Urbach,
        Attorneys for Plaintiff Flying J, Inc.

DATED: July 10, 2007.               SAGASER, JONES & HAHESY


By:     /s/   John P. Kinsey
        John P. Kinsey, Attorneys for Defendants
        John R. Lawson and John R. Lawson Rock
        & Oil, Inc.

DATED: July 10, 2007.               BAKER KEENER AND NAHRA

By:     /s/   Daniel Patrick Leonard
        Daniel Patrick Leonard, Attorneys for
        Defendants Thomas Pistacchio, Delores
        Pistacchio, and Central Calif. Kenworth

{6063/030/00212159.DOC}                3

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS AND ANTI-SLAPP MOTIONS**

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the briefing and hearing schedule in connection with the Pistacchio Motions and the Lawson Motions shall be as follows:

1. Flying J shall file and serve its briefing in opposition to the Pistacchio Motions and the Lawson Motions on or before August 6, 2007;

2. The Lawson Defendants and the Pistacchio Defendants shall each file and serve their briefing in reply to Flying J's opposition to the Pistacchio Motions and the Lawson Motions on or before August 30, 2007;

3. The Court shall conduct the hearing on the Pistacchio Motions and the Lawson Motions on September 10, 2007, in Courtroom 3 of the above-referenced Court at 10:00 a.m.

DATED: __July 10_____, 2007        /s/ Oliver W. Wanger

                                                            Honorable Oliver W. Wanger
                                                            United States District Judge

{6063/030/00212159.DOC}                    4

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS AND ANTI-SLAPP MOTIONS**

PDF created with pdfFactory trial version www.pdffactory.com