MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
JACK S. YEH (Bar No. CA 174286)
MATTHEW S. URBACH (Bar No. CA 192059)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224

Attorneys for Plaintiff
FLYING J, INC.

KIMBLE, MACMICHAEL & UPTON
STEVE MCGEE (Bar No. CA 71886)
Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, CA 93704
Telephone:   (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
FLYING J, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation; JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation.<br><br>  Defendants. | Case No. 1:03-CV-06706 OWW NEW (WMW)<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE AND ESTABLISHING SCHEDULE FOR FURTHER BRIEFING** |

WHEREAS on December 18, 2006, Defendants Thomas Pistacchio, Delores Pistacchio, and Central California Kenworth (the "Pistacchio Defendants") filed (1) a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (2) a motion to dismiss and/or abstain pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and (3) a motion to

41157822.1                                                              1
MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE AND ESTABLISHING SCHEDULE FOR FURTHER BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com

1  strike and/or dismiss all claims pursuant to California Code of Civil Procedure, Section 425.16

2  (the "Pistacchio Motions");

3      WHEREAS on December 21, 2006, Defendants John R. Lawson and John R. Lawson

4  Rock & Oil (the "Lawson Defendants") filed (1) a motion to dismiss pursuant to Rule 12(b)(6) of

5  the Federal Rules of Civil Procedure, (2) a motion to dismiss and/or abstain pursuant to Rule

6  12(b)(1) of the Federal Rules of Civil Procedure, and (3) a motion to strike and/or dismiss all

7  claims pursuant to California Code of Civil Procedure, Section 425.16 (the "Lawson

8  Motions")(the Pistacchio Motions and the Lawson Motions shall collectively hereinafter be

9  referred to as the "Motions");

10      WHEREAS the Pistacchio Defendants and the Lawson Defendants are collectively

11  referred to herein as the "Defendants";

12      WHEREAS Defendants' reply briefs ("Reply Briefs") in response to Flying J's

13  oppositions to Defendants' Motions assert that the judgment in a Mandamus Action filed by

14  Flying J in Kern County Superior Court , which has become final since Defendants motions were

15  filed, has preclusive effects on this action;

16      WHEREAS Defendants have filed objections ("Evidentiary Objections") to the evidence

17  submitted by Flying J in support of Flying J's oppositions to Defendants Motions;

18      WHEREAS Flying J requests an opportunity to prepare and file points and authorities in

19  response to Defendants' arguments regarding the alleged preclusive effect of the decision in the

20  Mandamus Action or to refute Defendants' Evidentiary Objections;

21      WHEREAS, the Court continued the hearing on Defendants' Motions *sua sponte* from

22  September 10, 2007 to October 1, 2007;

23      WHEREAS, lead counsel for Flying J, Ronald Katz, has a pre-planned and pre-paid

24  vacation and will be out of the country from September 26, 2007 through October 10, 2007;

25      WHEREAS the parties wish to continue the Scheduling Conference currently set for

26  October 19, 2007 to November 30, 2007 in order to provide this Court ample time to rule on

27  Defendants' Motions and thereafter to allow the parties time to conduct the Rule 26 conference of

28  counsel and to prepare the Joint Scheduling Report;

41157822.1

2

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS
TO DISMISS, ABSTAIN AND STRIKE AND ESTABLISHING SCHEDULE FOR FURTHER BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and between Flying J and Defendants, through their respective counsel, as follows:

1. On or before September 21, 2007, Flying J shall file and serve sur-reply briefs, not to exceed 15 pages per brief, in response to the specific claim preclusion and issue preclusion arguments set forth in Defendants' respective Reply Briefs as follows:

   a. Lawson Defendants' Reply Brief in support of their anti-SLAPP Motion at: 1:18-28; 8:12 - 12:2; 12:3 - 14:2; 24:3 - 25:3; 29:3-19; 30:7-13; 53:17 - 54:6; 61:25-62:11 and FN 37

   b. Pistacchio Defendants' Reply Brief in support of their Motion to Dismiss at: 5:12 - 6:3

   c. Pistacchio Defendants' Reply Brief in support of its anti-SLAPP Motion at: 2:16 - 6:4; 6:7 - 7:11; 11:1 - 13:6; 13:8 - 16:2 and the Addendum thereto.

2. On or before October 5, 2007, Defendants, at their option, may file and serve briefs, not to exceed 10 pages each, in response to Flying J's sur-replies.

3. On or before September 28, 2007, Flying J shall file and serve responses to Defendants' Evidentiary Objections. Flying J's responses to Defendants' Evidentiary Objections may not contain arguments regarding claim preclusion and/or issue preclusion not raised in Flying J's sur-replies.

4. Flying J does not anticipate introducing any new evidence in connection with its sur-reply briefing; however, to the extent Flying J seeks to introduce any such evidence in connection with its sur-reply, Defendants reserve their right to move to strike any such evidence;

5. The hearing on Defendants' Motions, currently set for October 1, 2007 shall be continued to October 25, 2007 at noon.

///
///
///
///
///

41157822.1

3

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE AND ESTABLISHING SCHEDULE FOR FURTHER BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com

    6.    The Scheduling Conference currently set for October 19, 2007 shall be continued to November 30, 2007 at 8:45 a.m.

DATED: September __, 2007.    MANATT PHELPS AND PHILLIPS LLP

By: _____
Matthew S. Urbach,
Attorneys for Plaintiff Flying J, Inc.

DATED: September __, 2007.    SAGASER, JONES & HELSLEY

By: _____
John P. Kinsey, Attorneys for Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc.

LAW OFFICES OF WILLIAM C.HAHESY

By:_____
William C.Hahesy, Attorneys for Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc.

DATED: September __, 2007.    BAKER KEENER AND NAHRA

By: _____
Daniel Patrick Leonard, Attorneys for Defendants Thomas Pistacchio, Delores Pistacchio, and Central Calif. Kenworth and Central California Kenworth, Inc.

41157822.1    4

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE AND ESTABLISHING SCHEDULE FOR FURTHER BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. On or before September 21, 2007, Flying J shall file and serve sur-reply briefs, not to exceed 15 pages each, in response to the claim preclusion and issue preclusion arguments set forth in Defendants' respective Reply Briefs at:

   a. Lawson Defendants' Reply Brief in support of their anti-SLAPP Motion at: 1:18-28; 8:12 - 12:2; 12:3 - 14:2; 24:3 - 25:3; 29:3-19; 30:7-13; 53:17 - 54:6; 61:25-62:11 and FN 37

   b. Pistacchio Defendants' Reply Brief in support of their Motion to Dismiss at: 5:12 - 6:3

   c. Pistacchio Defendants' Reply Brief in support of its anti-SLAPP Motion at: 2:16 - 6:4; 6:7 - 7:11; 11:1 - 13:6; 13:8 - 16:2 and the Addendum thereto.

2. On or before October 5, 2007, Defendants may, at their option, file and serve briefs, not to exceed 10 pages each, in response to Flying J's sur-replies.

3. On or before September 28, 2007, Flying J shall file and serve responses to Defendants' Evidentiary Objections. Flying J's responses to Defendants' Evidentiary Objections may not contain arguments regarding claim preclusion and/or issue preclusion not raised in Flying J's sur-replies.

4. Flying J does not anticipate introducing any new evidence in connection with its sur-reply briefing; however, to the extent Flying J seeks to introduce any such evidence in connection with its sur-reply, Defendants reserve their right to move to strike any such evidence;

5. The hearing on Defendants' Motions, currently set for October 1, 2007 shall be continued to October 25, 2007 at noon.

///
///
///
///

41157822.1

5

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE AND ESTABLISHING SCHEDULE FOR FURTHER BRIEFING**

PDF created with pdfFactory trial version www.pdffactory.com

1  6. The Scheduling Conference currently set for October 19, 2007 shall be continued
2  to November 30, 2007 at 8:45 a.m.

DATED: September 18, 2007      /s/ Oliver W. Wanger
                               Honorable Oliver W. Wanger
                               United States District Judge

41157822.1                         6

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE AND ESTABLISHING SCHEDULE FOR FURTHER BRIEFING**

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PDF created with pdfFactory trial version www.pdffactory.com