MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (Bar No. CA 085713)
JACK S. YEH (Bar No. CA 174286)
MATTHEW S. URBACH (Bar No. CA 192059)
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:    (310) 312-4000
Facsimile:     (310) 312-4224

Attorneys for Plaintiff
FLYING J, INC.


KIMBLE, MACMICHAEL & UPTON
STEVE MCGEE (Bar No. CA 71886)
Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, CA 93704
Telephone:    (559) 435-5500
Facsimile:     (559) 435-1500

Attorneys for Plaintiff
FLYING J, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation; JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation.<br><br>              Defendants. | Case No. 1:03-CV-06706 OWW NEW (WMW)<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE** |

41163348.1                                             1

WHEREAS on December 18, 2006, Defendants Thomas Pistacchio, Delores Pistacchio, and Central California Kenworth (the "Pistacchio Defendants") filed (1) a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (2) a motion to dismiss and/or abstain pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and (3) a motion to strike and/or dismiss all claims pursuant to California Code of Civil Procedure, Section 425.16 (the "Pistacchio Motions");

WHEREAS on December 21, 2006, Defendants John R. Lawson and John R. Lawson Rock & Oil (the "Lawson Defendants") filed (1) a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (2) a motion to dismiss and/or abstain pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and (3) a motion to strike and/or dismiss all claims pursuant to California Code of Civil Procedure, Section 425.16 (the "Lawson Motions")(the Pistacchio Motions and the Lawson Motions shall collectively hereinafter be referred to as the "Motions");

WHEREAS the Pistacchio Defendants and the Lawson Defendants are collectively referred to herein as the "Defendants";

WHEREAS, pursuant to the stipulation and order entered by this Court on September 20, 2007, the hearing on Defendants' motions was continued from October 1, 2007 to October 25, 2007;

WHEREAS on September 26, 2007, the Court continued the hearing on Defendants' Motions to October 26, 2007, to accommodate a conflict with the Court's schedule;

WHEREAS the newly set October 26, 2007, hearing date poses a scheduling conflict for counsel for Flying J;

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

41163348.1                                            2

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and between Flying J and Defendants, through their respective counsel, as follows:

1. The hearing on Defendants' Motions, currently set for October 26, 2007, shall be continued to October 31, 2007, at noon.

DATED: October 11, 2007.   MANATT PHELPS AND PHILLIPS LLP

By: /s/ Matthew S. Urbach
Matthew S. Urbach,
Attorneys for Plaintiff Flying J, Inc.

DATED: October __, 2007   LAW OFFICES OF WILLIAM C. HAHESY

By: _____
William C. Hahesy, Attorneys for Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc.

DATED: October __, 2007.   BAKER KEENER AND NAHRA

By: _____
Daniel Patrick Leonard, Attorneys for Defendants Thomas Pistacchio, Delores Pistacchio, and Central Calif. Kenworth and Central California Kenworth, Inc.

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that:

1. The hearing on Defendants' Motions, currently set for October 26, 2007 shall be continued to October 31, 2007 at noon.

DATED: October 11, 2007   /s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Judge

41163348.1                          3

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS, ABSTAIN AND STRIKE**

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

PDF created with pdfFactory trial version www.pdffactory.com