**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916


**LAW OFFICES OF WILLIAM C. HAHESY**
6715 North Palm Avenue, Suite 214
Fresno, California  93717-1632
Telephone:  (559) 579-1230
Facsimile:  (559) 579-1231

William C. Hahesy #105743


Attorneys for: Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc.,
a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation, JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation.<br><br>    Defendants. | Case No. 1:03-CV-06706 OWW LJO<br><br>**STIPULATION AND ORDER TO RESOLVE (1) OBJECTION AND REQUEST TO STRIKE BY DEFENDANTS JOHN R. LAWSON AND JOHN R. LAWSON ROCK & OIL, INC. TO NEW EVIDENCE SUBMITTED BY PLAINTIFF FLYING J, INC. IN CONNECTION WITH OBJECTIONS TO EVIDENCE IN SUPPORT OF FLYING J, INC.'S OPPOSITION TO MOTION TO DISMISS, ABSTAIN, AND STRIKE, AND (2) PISTACCHIO DEFENDANTS' OBJECTION TO AND MOTION TO STRIKE NEW EVIDENCE SUBMITTED BY PLAINTIFF FLYING J, INC.** |

{6063/030/00216371.DOC}            1

---

**STIPULATION AND [PROPOSED] ORDER TO RESOLVE DEFENDANTS' OBJECTIONS TO FLYING J'S RESPONSE S TO DEFENDANTS' EVIDENTIARY OBJECTIONS**

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS on December 18, 2006, Defendants Thomas Pistacchio, Delores
2  Pistacchio, and Central California Kenworth (the "Pistacchio Defendants") filed (1) a motion
3  to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (2) a motion to
4  dismiss and/or abstain pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and
5  (3) a motion to strike and/or dismiss all claims pursuant to California Code of Civil Procedure,
6  Section 425.16 (the "Pistacchio Motions");
7  WHEREAS on December 21, 2006, Defendants John R. Lawson and John R.
8  Lawson Rock & Oil (the "Lawson Defendants") filed (1) a motion to dismiss pursuant to Rule
9  12(b)(6) of the Federal Rules of Civil Procedure, (2) a motion to dismiss and/or abstain
10 pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and (3) a motion to strike
11 and/or dismiss all claims pursuant to California Code of Civil Procedure, Section 425.16 (the
12 "Lawson Motions");
13 WHEREAS the Lawson Defendants and the Pistacchio Defendants are herein
14 collectively referred to as "Defendants."
15 WHEREAS in opposing the Pistacchio Motions and the Lawson Motions,
16 Plaintiff Flying J, Inc. ("Flying J"), submitted an initial Declaration of Matthew S. Urbach,
17 along with certain exhibits, on August 6, 2007 (the "First Urbach Declaration").
18 WHEREAS the Pistacchio Defendants and the Lawson Defendants submitted
19 their reply briefing, including separate objections to the First Urbach Declaration and the
20 exhibits attached thereto ("Defendants' Original Evidentiary Objections").
21 WHEREAS the parties subsequently entered into a stipulation relating to the
22 filing of a sur-reply brief by Flying J on limited collateral estoppel issues, and also setting a
23 deadline for Flying J to file responses to Defendants' Original Evidentiary Objections.
24 WHEREAS Flying J submitted evidence attached to the Second Supplemental
25 Declaration of Matthew S. Urbach in support of Flying J's responses to Defendants' Original
26 Evidentiary Objections (the "Second Supplemental Urbach Declaration").
27 WHEREAS on October 3, 2007, the Lawson Defendants submitted Objection
28 and Request to Strike by Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc. to

{6063/030/00216371.DOC}            2

PDF created with pdfFactory trial version www.pdffactory.com

New Evidence Submitted by Plaintiff Flying J, Inc. in Connection with Objections to Evidence in Support of Flying J, Inc.'s Opposition to Motion to Dismiss, Abstain, and Strike, wherein the Lawson Defendants objected to the evidence attached to the Second Supplemental Urbach Declaration (the "Lawson Defendants' Supplemental Evidentiary Objections").

WHEREAS on October 5, 2007, the Pistacchio Defendants submitted Objection to and Motion to Strike New Evidence Submitted by Plaintiff Flying J, Inc., wherein the Pistacchio Defendants objected to the evidence attached to the Second Supplemental Urbach Declaration (the "Pistacchio Defendants' Supplemental Evidentiary Objections").

WHEREAS the parties have met and conferred in an attempt to resolve the issues raised in the Lawson Defendants' Supplemental Evidentiary Objections, the Pistacchio Defendants' Supplemental Evidentiary Objections, and the Second Supplemental Urbach Declaration, in an attempt to narrow the issues for resolution by the Court.

IT IS HEREBY STIPULATED, by and between the Lawson Defendants, the Pistacchio Defendants, and Flying J, through their respective counsel, as follows:

1. The evidence attached to the Second Supplemental Urbach Declaration in support of Flying J's responses to Defendants' Original Evidentiary Objections shall only be considered in connection with the Defendants' Original Evidentiary Objections to the First Urbach Declaration, and shall not be considered as support for any other issue.

2. Based on the stipulation of the parties set forth in the preceding paragraph (paragraph 1) the Lawson Defendants' Supplemental Evidentiary Objections and the Pistacchio Defendants' Supplemental Evidentiary Objections are hereby withdrawn.

DATED: October 19, 2007                     MANATT PHELPS AND PHILLIPS LLP


By:    /s/   Matthew S. Urbach
       Matthew S. Urbach,
       Attorneys for Plaintiff Flying J, Inc.


(Signatures continued on the following page)

{6063/030/00216371.DOC}                     3

**STIPULATION AND [PROPOSED] ORDER TO RESOLVE DEFENDANTS' OBJECTIONS TO FLYING J'S RESPONSE S TO DEFENDANTS' EVIDENTIARY OBJECTIONS**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: October 22, 2007 | SAGASER, JONES & HELSLEY |

By: /s/ John P. Kinsey
    John P. Kinsey, Attorneys for Defendants
    John R. Lawson and John R. Lawson Rock
    & Oil, Inc.

DATED: October 22, 2007    BAKER KEENER AND NAHRA

By: /s/ Daniel Patrick Leonard
    Daniel Patrick Leonard, Attorneys for
    Defendants Thomas Pistacchio, Delores
    Pistacchio, and Central Calif. Kenworth

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Lawson Defendants' Supplemental Evidentiary Objections and the Pistacchio Defendants' Supplemental Evidentiary Objections are resolved as follows:

1. The evidence attached to the Second Supplemental Urbach Declaration in support of Flying J's responses to Defendants' Original Evidentiary Objections shall only be considered in connection with Defendants' Original Evidentiary Objections to the First Urbach Declaration, and shall not be considered as support for any other issue.

2. Based on the stipulation of the parties set forth above, the Lawson Defendants' Supplemental Evidentiary Objections and the Pistacchio Defendants' Supplemental Evidentiary Objections are deemed withdrawn..

DATED: October 22, 2007    /s/ OLIVER W. WANGER
    Honorable Oliver W. Wanger
    United States District Judge

{6063/030/00216371.DOC}    4

**STIPULATION AND [PROPOSED] ORDER TO RESOLVE DEFENDANTS' OBJECTIONS TO FLYING J'S RESPONSES TO DEFENDANTS' EVIDENTIARY OBJECTIONS**

PDF created with pdfFactory trial version www.pdffactory.com