IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLYING J, INC., | ) | No. CV-F-03-6706 OWW |
| | ) | |
| | ) | ORDER DENYING PISTACCHIO |
| | ) | DEFENDANT'S MOTION FOR |
| Plaintiff, | ) | DISMISSAL OR STAY OF ACTION |
| | ) | ON GROUNDS OF ABSTENTION AS |
| vs. | ) | MOOT (Doc. 71) |
| | ) | |
| | ) | |
| THOMAS PISTACCHIO, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The Pistacchio Defendants' motion for dismissal or stay of action on the grounds of abstention has been withdraw by Defendants and is DENIED as moot.

IT IS SO ORDERED.

Dated:   __March 24, 2008__         _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE

1