IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLYING J, INC.,

        Plaintiff,                CV F 03 6706 OWW GSA

    vs.                         ORDER RE MOTION (DOC 116)

THOMAS PISTACCHIO, et al.,

        Defendants.

      On June 8, 2007, a motion to compel the Deposition of David Gruwell and a motion for a protective order prohibiting counsel for Mr. Gruwell from instructing him not to answer questions due to health related issues was filed. The motion was set for hearing on June 29, 2007. The hearing was continued to July 12, 2007.

      Counsel for Plaintiff contacted the calendaring clerk, indicating the possibility that the issue may be resolved. To date, counsel has not contacted the court to re-calendar the motion. Further, no joint statement pursuant to Local Rule 37-251 has been filed.

      Accordingly, IT IS HEREBY ORDERED that the June 8, 2007, motion to compel and for a protective order is denied without prejudice.

IT IS SO ORDERED.

**Dated:**   **March 25, 2008**               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

1