**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **FLYING J, INC.,** | ) | 1:03-cv-6706 OWW GSA |
| Plaintiff, | ) | ERRATA TO MEMORANDUM |
| v. | ) | DECISION (Doc. #173) |
| **THOMAS PISTACCHIO, et al.,** | ) | |
| Defendants. | ) | |

The following errata are made to the Memorandum Decision issued in this case March 31, 2008.

Page 58, line 13, insert "," after the word "uneconomically."

Page 58, line 17: insert "s" to make "transaction." "transactions."

Page 58, line 18: change line as follows: "cannot contract to give advance "approval" committing how a public body will vote on an issue where a vote by that public body is required by law."

Page 59, line 6, take out the "," after the word "Further," so that it reads "Further".

Page 87, line 18, take out the word "setting" after "order"

1

so that it reads ". . . order consistent with this Memorandum Decision . . ."

IT IS SO ORDERED.

Dated:   April 1, 2008                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE