**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916


**LAW OFFICES OF WILLIAM C. HAHESY**
6715 North Palm Avenue, Suite 214
Fresno, California 93717-1632
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

William C. Hahesy #105743


Attorneys for: Defendants John R. Lawson and John R. Lawson Rock & Oil, Inc., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLYING J, INC., a Utah Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS PISTACCHIO, an individual, DELORES PISTACCHIO, an individual, CENTRAL CALIFORNIA KENWORTH, a California corporation, JOHN R. LAWSON, an individual; JOHN R. LAWSON ROCK & OIL, INC., a California Corporation.<br><br>   Defendants. | Case No. 1:03-CV-06706 OWW GSA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT IN FAVOR OF DEFENDANTS THOMAS PISTACCHIO, DELORES PISTACCHIO, CENTRAL CALIFORNIA KENWORTH, JOHN R. LAWSON AND JOHN R. LAWSON ROCK & OIL, INC., AND AGAINST PLAINTIFF FLYING J, INC.** |

///

///

///

///

{6063/030/00221974.DOC}            1

---
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT IN FAVOR OF DEFENDANTS THOMAS PISTACCHIO, DELORES PISTACCHIO, CENTRAL CALIFORNIA KENWORTH, JOHN R. LAWSON AND JOHN R. LAWSON ROCK & OIL, INC., AND AGAINST PLAINTIFF FLYING J, INC.

PDF created with pdfFactory trial version www.pdffactory.com

On December 18, 2006, Defendants Thomas Pistacchio, Delores Pistacchio, and Central California Kenworth (collectively the "Pistacchio Defendants") filed their: (1) Motion for Dismissal or Stay of Action on Grounds of Abstention, (Court Doc. No. 71); (2) Motion to Strike Plaintiff's Second Amended Complaint Pursuant to California Code of Civil Procedure, Section 425.16, (Court Doc. No. 72); and (3) Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to FRCP 12(b)(1) and 12(b)(6), (Court Doc. No. 78) (collectively the "Pistacchio Motions").

On December 21, 2006, Defendants John R. Lawson and John R. Lawson Rock & Oil (collectively the "Lawson Defendants") filed their: (1) Motions for Abstention and/or Stay of Federal Action and/or Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, (Court Doc. No. 83); (2) Motion to Dismiss First, Second, Third, Fifth, and Sixth Claims for Relief in Second Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, (Court Doc. No. 84); and (3) Motion to Strike First, Second, Third, Fifth, and Sixth Claims for Relief in Second Amended Complaint Pursuant to California Code of Civil Procedure Section 425.16, (Court Doc. No. 85) (collectively the "Lawson Motions").

On November 5, 2007, this Court heard oral argument on the issues of mootness and collateral estoppel raised in the Pistacchio Motions and the Lawson Motions.

On March 31, 2008, this Court issued its "Memorandum Decision Granting Defendants' Motions to Dismiss and Strike SAC as Moot and as Barred By Collateral Estoppel (Docs. 78 & 83) and Denying as Moot Defendants' Motions to Strike and to Dismiss (Docs. 72, 84 & 85)," ("Memorandum Decision") (Court Doc. No. 173).  The Memorandum Decision is incorporated by reference into this Order.

**IT IS ORDERED** that as a result of this Court's Memorandum Decision, this action in its entirety shall be dismissed with prejudice against Defendants Thomas Pistacchio, Delores Pistacchio, Central California Kenworth, John R. Lawson and John R. Lawson Rock & Oil, Inc.

///

PDF created with pdfFactory trial version www.pdffactory.com

1 | **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Flying J, Inc. shall take nothing by reason of this action, and that the action be **DISMISSED WITH PREJUDICE** against Defendants Thomas Pistacchio, Delores Pistacchio, and Central California Kenworth, and Defendants John R. Lawson and John R. Lawson Rock & Oil, each to recover from Plaintiff Flying J, Inc. their respective costs of this action.

DATED: April 10, 2008

/s/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Judge

**APPROVED AS TO FORM AND CONTENT:**

DATED: April 2, 2008          BAKER KEENER AND NAHRA

By: /s/ Daniel Patrick Leonard
Daniel Patrick Leonard,
Attorneys for Defendants
Thomas Pistacchio, Delores Pistacchio,
and Central Calif. Kenworth

{6063/030/00221974.DOC}          3

---

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT IN FAVOR OF DEFENDANTS THOMAS PISTACCHIO, DELORES PISTACCHIO, CENTRAL CALIFORNIA KENWORTH, JOHN R. LAWSON AND JOHN R. LAWSON ROCK & OIL, INC., AND AGAINST PLAINTIFF FLYING J, INC.

PDF created with pdfFactory trial version www.pdffactory.com